**Dennis Henegar, Individually and as Surviving Husband of Pearl Henegar, and as Administrator of the Estate of Pearl Henegar, Deceased, Plaintiffs-Appellants, v. Illinois Central Railroad Company, a Corporation, et al., Defendants-Appellees.**

**Gen. No. 10,343.**

Third District.

May 16, 1961.

Rehearing denied June 13, 1961.

Appleman, Zimmerly & McKnelly, for appellants; Barth, Phillips, Phebus & Tummelson (Darius E. Phebus and Clive Follmer, of counsel), J. H. Wright and H. J. Deany, for appellees.     Opinion by JUSTICE ROETH. **Not to be published in full.**